
The Law Office of
**Elizabeth E. Macedonio**

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell: 917-533-5965 • Email: Emacedonio@Yahoo.com

November 1, 2022

**Electronically Filed**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

# MEMO ENDORSED

Re:  United States v. Jeffrey Guzman
20 Cr. 481 (ER)

Dear Judge Ramos:

I represent Jeffrey Guzman in the above referenced matter. Mr. Guzman's case is currently on the Court's calendar for sentence on November 17, 2022. Due to a scheduling conflict, and with the consent of the Government, it is respectfully requested that the case be put over to November 22, 2022 at 4 in the afternoon. I have been advised this is a date and time that works for the Court.

I thank Your Honor for his continued consideration.

Respectfully submitted,

*Elizabeth E. Macedonio*
Elizabeth E. Macedonio
*Counsel for the Defendant*
*Jeffrey Guzman*

CC:    AUSA Elizabeth Espinosa
       AUSA Jarrod Schaeffer

Sentencing is adjourned to November 22, 2022 at 4 p.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:   11/7/2022
New York, New York